# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

NOV 6 2023 AM 10:30
FILED-USDC-CT-HARTFORD

NORMAND P RAINVILLE

*Normand P Rainville*
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

CHRISTOPHER GODFREY DIRECTOR
JARED S DEPT UNIT EXAMINER
LISA UNKNOWN SUPERVISOR
DEPT OF LABOR /OWCP

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

## A. PARTIES

1. NORMAND P RAINVILLE is a citizen of CONNECTICUT who
   (Plaintiff)                                  (State)
   presently resides at 283 HARTFORD Rd BROOKLYN CT 06234
                         (mailing address)

2. Defendant US DEPT OF LABOR /OWCP is a citizen of US
                (name of first defendant)              (State)
   whose address is 1240 EAST NINTH STREET Room 851 CLV, OH 44199

   and who is employed as DIRECTOR OF DEPT OF LABOR.
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant __Jared S_____ is a citizen of ____US_____
   (name of second defendant)                                (State)

whose address is _____

and who is employed as __UNIT DEPT EXAMINER_____.
                         (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__Yes ____No. If your answer is "Yes," briefly explain:

__Denial of my Rights_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   __✓____   42 U.S.C. § 1983 (applies to state defendants)

   _____   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. Twice OWCP has claimed reductions in my benefits due to a false claim of my being in Federal service, reducing my benefits that I am entitled to. They have disregarded information that proves I never had federal service with the post office.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** OWCP in Boston and Cleveland have made false claims against me stating I'm receiving a federal benefits and workman's comp at the same time.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

OWCP has a letter from the Federal retirement board that says no money has ever been put into an account on my behalf.

## E. REQUEST FOR RELIEF

I request the following relief:

I request relief from over aggressive behavior by OWCP/employees.

## F. JURY DEMAND

Do you wish to have a jury trial?   Yes _____   No ✓

_____       *Normand P Rainville*
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____       *Normand P RAINVILLE*
Printed Name_____       Printed Name

_____
_____

( )                                     283 HARTFORD Rd Brooklyn CT 06234
_____       (860) 412-0599
Attorney's full address and telephone   Plaintiff's full address and telephone

                                        NormandRainville@Yahoo.com
_____       _____
Email address if available              Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
              (location)                    (date)

                                        *Normand P Rainville*
_____
                                        **Plaintiff's Original Signature**

(Rev. 3/21/16)

5